# Court of Appeals
# of the State of Georgia

ATLANTA, April 08, 2026

*The Court of Appeals hereby passes the following order*

**A26D0415. IN THE INTEREST OF M. B., A CHILD (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1432022J012



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, April 08, 2026.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*